This issue, thus developed, was properly for the jury. Section 552.030(7) RSMo 1969, provides in part:

"All persons are presumed to be free of mental disease or defect excluding responsibility for their conduct * * * The issue of whether any person had a mental disease or defect excluding responsibility for his conduct is one for the jury to decide upon the introduction of substantial evidence of lack of such responsibility. * * * "

It has been held that this statutory presumption alone is sufficient to take the issue to the jury. *State v. Holmes*, 439 S.W.2d 518, 522[5] (Mo.1969); *State v. King*, 526 S.W.2d 58, 59[4] (Mo.App.1975). Here, the state did not rely solely upon the presumption but offered rebuttal medical evidence. Clearly, the trial court did not err in refusing to direct an acquittal of defendant on this issue. Defendant's third point is ruled against him.

Judgment affirmed.

All concur.

John C. Danforth, Atty. Gen., Clarence Thomas, Asst. Atty. Gen., Jefferson City, for Director of Revenue.

Before BILLINGS, C. J., and TITUS and FLANIGAN, JJ.

PER CURIAM.

Appellant's brief fails to comply with Rule 84.04. The statement of facts, consisting of five sentences does not set forth "facts relevant to the questions presented for determination." The points do not "state briefly and concisely what actions or rulings of the court are sought to be reviewed and wherein and why they are claimed to be erroneous." Appellant's "abstract statements of law without showing how they are related to any action or ruling of the court is not a compliance with this rule."

Appeal dismissed.

All concur.

**In the Matter of the Driver's License of Jerry Erle DURHAM, Petitioner-Appellant.**

No. 9854.

Missouri Court of Appeals, Springfield District.

Jan. 6, 1976.

Motion for Rehearing or to Transfer to Supreme Court Denied Jan. 22, 1976.

Dee Wampler, Wampler & Wampler, Springfield, for petitioner-appellant.

**STATE of Missouri, Respondent,**

v.

**Jim ODZARK, Appellant.**

No. 9934.

Missouri Court of Appeals, Springfield District.

Jan. 8, 1976.

